UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FLEET ENGINEERS, INC., ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-1143 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| MUDGUARD TECHNOLOGIES, LLC and ) | |
| TARUN SURTI, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

All pending claims in this lawsuit have been resolved or dismissed. Plaintiff Fleet Engineer's is awarded a money judgment for $195,523.58 against Defendant Mudguard Technologies. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 30, 2018  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge