IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FLEET ENGINEERS, INC.**<br>a Michigan Corporation,<br><br>Plaintiff<br><br>v.<br><br>**MUDGUARD TECHNOLOGIES, LLC**<br>a Tennessee limited liability company,<br>**TARUN SURTI**<br>an Individual,<br><br>Defendant | Case No. 1:12-CV-1143<br>Hon. Paul L. Maloney<br><br>**FILED - KZ**<br>April 3, 2020 11:25 AM<br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN<br>__mg__ Scanned by __mg__ /4/30/20 |

## PRO SE DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

### "REQUEST TO ENTER JUDGMENT EXPEDITIOSLY"

WHEREFORE, Pro Se Defendant, Mr. Surti, hereby moves this Court and requests that this honorable Court to enter a summary judgment, without claim 19, declaring that Plaintiff has directly infringed, contributorily infringed, and induced infringement of one or more claims of the '755 reissue Patent.

1. Finding that claim 1, 2, 5, 8, 9, and 13 of United States Patent No. RE 44,755 are literally infringed by Plaintiff's Aero-Flap brand mud flaps part nos. 033-08001, 033-08002, and 033-08004. (Exhibit A-C)

2. Finding that claim 1, 2, 5, 8, 9, and 13 of United States Patent No. RE 44,755 are infringed under the doctrine of equivalents by Plaintiff's Aero-Flap brand mud flaps part nos. 033-08001. (Exhibit A-C)

3. Issuing a permanent "Cease and Desist Order" against the Plaintiff, Fleet Engineers Inc.

4. Issuing a permanent "Cease and Desist Order" against makers, sellers, buyers, users, importers and exporters of Aero-Flap brand mud flaps.

5. Awarding all costs and fees incurred in connection with this action to the Defendants.

6. Awarding the Defendants damages, including lost profits, such damages to be trebled; and

7. Awarding such other and further relief as this court may deem proper, including reasonable attorney fees, this being an exceptional case.

## JURY TRIAL

### A JURY TRIAL IS DEMANDED.

Respectfully submitted,

Dated: March 31, 2020            By: _____

Tarun N. Surti, Individually
President, Mudguard Technologies, LLC
Pro Se Defendants
5928 Westheimer Drive
Brentwood, TN 37027
Tel: (615) 812-6164
Email: vflaps@gmail.com

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY: 04/02/20

USPS TRACKING ® NUMBER



9505 5100 0199 0091 5968 02



PS00001000014   EP14F July 2013
                OD: 12.5 x 9.5

 



U.S. POSTAGE PAID
PM 2-Day
BRENTWOOD, TN
37027
MAR 31, 20
AMOUNT
$7.75
R2305E124398-02

# PRIORITY
## ★ MAIL ★

UNITED STATES
POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Tarun Sueti
5928 Westheimer Dr
Brentwood TN 37027

TO:

Court Clerk Office
410 W. Michigan Ave
Kalamazoo MI 49007

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



This envelope is made from post-consumer waste. Please recycle — again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.