Exhibit A

| | RE '755 – CLAIM 1 | | | |
|---|---|---|---|---|
| | **AERO-FLAP PART No.** | 033-08001 | 033-08002 | 033-08004 |
| a | A mudflap for preventing spray from a wheel of a vehicle on a wet roadway from impairing the vision of drivers of other vehicles comprising a vertically extending flap which is mounted to the rear of the wheel with a front side of the flap facing the wheel and a rear side facing away from the wheel | YES | YES | YES |
| b | a plurality of laterally spaced, vertically extending vanes defining a plurality of vertically extending channels on the front side of the flap for **directing water and debris from the wheel in a downward direction toward the ground and not to the rear or sides of the flap** | SEE NOTES | YES | YES |
| c | and vertically extending slotted openings in the channels of a size permitting air to pass through the openings to the rear of the flap and preventing water and debris from doing so. | SEE NOTES | YES | YES |
| | **Notes:**<br>(1) Part No. 033-08001 is a modification of either Part No. 033-08002 or 033-08004. The undisputable material truth is that Plaintiff ordered a mold from Viking Tool[1] that can only produce Part No. 033-08002 and 033-08004. Plaintiff purchases these two mud flaps from the injection molder, H S Die & Engineering Inc;[2] and then modify them in house for different configurations.<br>(2) Therefore part no. 033-08001 literally infringes Surti's '755 patent.<br>(3) Part No. 033-08001 should also be covered under the "Doctrine of Equivalents" because even though its vanes, channels and slotted openings are not vertical, they prevent while **directing water and debris from the wheel in downward direction towards the ground and not to the rear or sides of the flap.** (ECF No. 193 filed 09/03/15 PageID.2047 to 2052 –Paragraph 31-42) | | | |

---

[1] FLEET 000962
[2] FLEET 000954