## Exhibit B

| Claim | AERO-FLAP PART No. | 033-08001 | 033-08002 | 033-08004 |
|---|---|---|---|---|
| | **RE '755 – CLAIM 2, 5, and 8** | | | |
| 2 | The mudflap of claim 1 wherein the vanes are tapered with lateral surfaces of the vanes on opposite sides of the channels being inwardly and rearwardly inclined to direct water and debris into the channels. | YES | YES | YES |
| 5 | The mudflap of claim 1 wherein the slotted openings are arranged end-to-end in vertically extending rows in the channels between the vanes. | YES | YES | YES |
| 8 | The mudflap of claim 1 including mounting pads in an upper portion of the flap for use in attaching the mud flap to the vehicle. | YES | YES | YES |