## Exhibit C

| | RE '755 – CLAIM 9 and 13 (below) | | | |
|---|---|---|---|---|
| | **AERO-FLAP PART No.** | 033-08001 | 033-08002 | 033-08004 |
| a | A mudflap for preventing spray from a wheel of a vehicle on a wet roadway from impairing the vision of drivers of other vehicles, comprising a vertically extending flap, | YES | YES | YES |
| b | a plurality of laterally spaced, vertically extending, tapered vanes with inwardly and rearwardly inclined lateral surfaces that define a plurality of vertically extending channels for carrying water and debris striking the front side of the flap in a downward direction, and | SEE NOTES | YES | YES |
| c | vertically extending slotted openings with inclined side walls which permit air to pass from the channels through the flap and prevent water and debris from doing so. | SEE NOTES | YES | YES |
| | **Notes:**<br>(1) Part No. 033-08001 is a modification of either Part No. 033-08002 or 033-08004. The undisputable material truth is that Plaintiff ordered a mold from Viking Tool[3] that can only produce Part No. 033-08002 and 033-08004. Plaintiff purchases these two mud flaps from the injection molder, H S Die & Engineering Inc;[4] and then modify them in house for different configurations.<br>(2) Therefore part no. 033-08001 also literally infringes Surti's '755 patent.<br>(3) Part No. 033-08001 should also be covered under the "Doctrine of Equivalents" because even though its vanes, channels and slotted openings are not vertical, they prevent while **directing water and debris from the wheel in downward direction towards the ground and not to the rear or sides of the flap.** (ECF No. 193 filed 09/03/15 PageID.2047 to 2052 –Paragraph 31-42) | | | |

| | RE '755 – CLAIM 13 | | | |
|---|---|---|---|---|
| | **AERO-FLAP PART No.** | 033-08001 | 033-08002 | 033-08004 |
| a | The mud flap of claim 9 wherein the slotted openings are arranged end-to-end in vertically extending rows in the channels between the vanes. | YES | YES | YES |

---

[3] FLEET 000962
[4] FLEET 000954