Case 1:12-cv-01143-PLM   ECF No. 309, PageID.3508   Filed 08/27/20   Page 1 of 4

FILED - KZ
August 27, 2020 1:17 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by FMS/8/27

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FLEET ENGINEERS, INC.
   a Michigan Corporation,

   Plaintiff

v.

MUDGUARD TECHNOLOGIES, LLC
   a Tennessee limited liability company,
**TARUN SURTI**
   an Individual,

   Defendant

Case No. 1:12-CV-1143
Hon. Paul L. Maloney

## PRO SE DEFENDANT'S REQUEST FOR THE STATUS UPDATE ON HIS SECOND MOTION FOR SUMMARY JUDGMENT

### INTRODUCTION

Federal Circuit Court vacated this District Court's Grant of Summary Judgment of non-infringement on February 25, 2019 (almost 18 months ago) and remanded this court for further proceedings consistent with its opinion.

On March 25, 2020 (almost a year later) this Court's "Order Clarifying Patent Claims in Dispute" identified claims 1, 2, 5, 8, 9 and 13 of the reissue patent, '755 as disputed. Claim 19 of the reissue patent is not in dispute (ECF No.299).

On April 3, 2020 (almost 120 days ago), Pro Se Defendant had filed his Second Motion for Summary Judgment (ECF No. 300) and has been anxiously awaiting its status and this Court's decision in expeditiously manners.

## PLAINTIFF FILED UNTRUTHFUL AND MISLEADING STATEMENTS

In the "Joint Status Report" Plaintiff, through its attorney, filed an untruthful and misleading statement that reads, "(9) whether any claims other than claims, 1 2, 5, 8, 9, and 13 require a finding of invalidity or validity because there was only a case or controversy as to previously-asserted claims 1 2, 5, 8, 9, and 13. Mr. Surti disagrees with this issue and believes it is barred by res-judicata. (note: also by Michigan's Mandate Rule). ****** **Fleet had no notice of his intent to assert other claims and could not mount its invalidity defense** (ECF No. 282 PageID 3359).

Plaintiff again filed an untruthful and misleading statement in its "Plaintiff's Response to Defendant's Motion for Summary Judgment" that reads, **"NO MOTION FOR LEAVE TO AMEND THESE CLAIM OR DEFENSE CHARTS HAS BEEN FILED BY EITHER PARTY."** (ECF No. 291 –Page ID 3436).

The above paragraph confirms that Plaintiff's statements are untruthful, misleading and maliciously drafted with an intent to defraud the judicial system. They directly contradicts Plaintiff's own motion (ECF No. 185) where Plaintiff had specifically identified and mounted its non-infringement and invalidity arguments against claims 1, 9, 14, 18, 19 and 25 and their dependent claims 2-8, 10-13, 15-17 and 20-24 and requested this Court to Grant a Summary Judgment of Non-Infringement and Invalidity of Surti's reissue patent "755.

This Court's Grant of Summary Judgment of Non-Infringement and Patent Validity (ECF No. 236) was directly in response to the Plaintiff's Motion.

After eighteen months, since Mandate, this court is still unable to render its judgment of infringement as requested by the Pro Se Defendant because Plaintiff continued to make **untruthful and misleading statements to misguide and defraud this Court.**

## REQUEST FOR RELIEF

The Pro Se Defendant deserved a fair and expeditious judgment from this court. The judgment of infringement should have been delivered long time ago if this Court had observed its legal and moral responsibilities to treat this case fairly, without prejudice toward the Pro Se Defendant and favoritism towards the Plaintiff.

**Plaintiff filed this malicious case almost eight years ago with an intent to defraud the judicial system. Plaintiff failed to state the truth as required by the law, instead mislead this court with lies and misinformation.**

Instead of being truthful, when asked by this court to identify the disputed claims, the Plaintiff continued its malicious act of submitting misleading information (ECF No. 282 and 291) that contradicts with its own Motion for Summary Judgment (ECF No. 185). Plaintiff's continued filing of misleading information is willful and deliberate, which has forced this Court delays of almost 18 months in granting its Summary Judgment.

WHEREFORE, Pro Se Defendant, Mr. Surti, hereby moves this Court and requests this honorable Court to expeditiously grant the Second Motion for Summary Judgment in favor of the Pro Se Defendant.

Respectfully submitted,

Dated: <u>August 25, 2020</u>     By: _____

Tarun N. Surti, Pro Se Defendants
President, Mudguard Technologies, LLC
5928 Westheimer Drive
Brentwood, TN 37027
Tel: (615) 812-6164
Email: vflaps@gmail.com

PRIORITY MAIL FLAT RATE POSTAGE REQUIRED
PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE
PRIORITY MAIL
FOR DOMESTIC AND INTERNATIONAL USE
Label 228, March 2016
USPS.COM/PICKUP
schedule free package Pickup, in the QR code
This envelope is made from post-consumer waste. Please recycle - again.

FROM:
Taron Scott
5918 Weatherwood Dr
Brentwood TN 37027

TO:
Court Clerk Office
410 W. Michigan Ave
Kalamazoo
MI 49007

Retail
US POSTAGE PAID
$7.75
Origin: 37027
08/25/20
4710200027-22
PRIORITY MAIL 2-DAY®
0 Lb 2.10 Oz
1004
C033
EXPECTED DELIVERY DAY: 08/28/20
SHIP TO:
410 W MICHIGAN AVE
Kalamazoo MI 49007-3757

USPS TRACKING® NUMBER
9505 5100 0198 0238 7121 41

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014