UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FLEET ENGINEERS, INC.,        ) | |
| Plaintiff,        ) | |
| ) | No. 1:12-cv-1143 |
| -v-        ) | |
| ) | Honorable Paul L. Maloney |
| MUDGUARD TECHNOLOGIES, LLC and        ) | |
| TARUN SURTI,        ) | |
| Defendant.        ) | |
| ) | |

# ORDER

On March 23, 2021, the Court held a status conference for the purpose of establishing a plan for resolving the remaining issues. The Court proposed two trial dates to the parties. Defendant Tarun Surti informed the Court he intends to file an interlocutory appeal. *See* 28 U.S.C. § 1292; *see In re City of Memphis*, 293 F.3d 345, 350 (6th Cir. 2002). With this information, the Court did not establish a date and time to begin the trial.

The Court **ORDERS** Defendant Surti to file his motion for leave to file an interlocutory appeal no later than Wednesday, April 7, 2021.

**IT IS SO ORDERED.**

Date: March 24, 2021                                                    /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge