FILED - KZ
August 9, 2021 2:39 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg   Scanned by /s/ 8/9/21

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**FLEET ENGINEERS, INC.**
a Michigan Corporation,

Plaintiff

v.

**MUDGUARD TECHNOLOGIES, LLC**
a Tennessee limited liability company,
**TARUN SURTI**
an Individual,

Defendant.

Case No. 1:12-CV-1143

Hon. Paul L. Maloney

## DEFENDANT'S MOTION TO ALLOW PRESENTATION OF LEGAL OPINIONS QUOTED BY THE COURTS, PLAINTIFF AND PLAINTIFF'S EXPERTS

### INTRODUCTION

Defendants hereby moves this Court to allow Mr. Surti during the Jury trial to use quotation of legal opinions made by this Court, The Federal Circuit Court, the Plaintiff and the Plaintiff's Experts. Mr. Surti understands that he will not be allowed to make a legal opinion of his own but will be allowed to present the undisputed facts based on the intrinsic evidences.

### REQUEST FOR RELIEF

WHEREFORE, Pro Se Defendant, Mr. Surti, hereby moves this Court to approve this Motion.

Respectfully submitted,

Dated: <u>August 9, 2021</u>     By: _____

Tarun N. Surti, Pro Se Defendants
President, Mudguard Technologies, LLC
5928 Westheimer Drive
Brentwood, TN 37027
Tel: (615) 812-6164
Email: vflaps@gmail.com