IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLEET ENGINEERS, INC.<br>a Michigan Corporation,<br><br>Plaintiff<br><br>v.<br><br>MUDGUARD TECHNOLOGIES, LLC<br>a Tennessee limited liability company,<br>TARUN SURTI<br>an Individual,<br><br>Defendant. | Case No. 1:12-CV-1143<br><br>Hon. Paul L. Maloney |

**STIPULATION TO HOLD SETTLEMENT CONFERENCE VIA ZOOM**

The parties hereby stipulate and agree that the settlement conference scheduled in this matter for August 19, 2021, at 9:00 a.m. before the Hon. Phillip J. Green be held via Zoom instead of in person due to the ongoing COVID concerns.

Respectfully submitted,

Dated: August 11, 2021     By: _____s/ G. Thomas Williams_____
G. Thomas Williams (P53734)
*Attorneys for Plaintiff Fleet Engineers, Inc.*
**MCGARRY BAIR PC**
45 Market Ave. SW, Suite 700
Grand Rapids, MI 49503
Tel: (616) 742-3500
Fax: (616) 742-1010
Email: gtw@mcgarrybair.com

Dated: 8/11/2021     By: _____
Tarun Surti
*Defendant*
5928 Westheimer Dr.
Brentwood, TN 37027

1

IT IS SO ORDERED.

Dated: _____     By: _____
                                      Hon. Phillip J. Green

G1556630.DOCX