## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

**FLEET ENGINEERS, INC.**
    a Michigan Corporation,

    Plaintiff

v.

**MUDGUARD TECHNOLOGIES, LLC**
    a Tennessee limited liability company,
**TARUN SURTI**
    an Individual,

    Defendants.

Case No. 1:12-CV-1143

Hon. Paul L. Maloney

## PLAINTIFF'S MOTION *IN LIMINE*

Plaintiff Fleet Engineers, Inc. moves this Court to enter an Order precluding Defendant Tarun Surti from presenting at trial disparaging personal remarks directed to the character or actions of Plaintiff, its witnesses, and its counsel because such derogatory comments are unfairly prejudicial to Plaintiff, confuse the issues, mislead the jury, and waste time. Plaintiff has contemporaneously filed a Brief in support of its Motion.

WHEREFORE, Plaintiff respectfully request that this Court grant its Motion *in Limine* and enter an Order: (1) prohibiting Mr. Surti from misconstruing and disparaging Plaintiff's appropriate actions in this matter and characterizing them as untruthful, perjury, misleading, or misconduct; and (2) awarding any other relief that this Court deems equitable.

Respectfully submitted,

Dated:      August 25, 2021           By:           *s/ G. Thomas Williams*
                                                G. Thomas Williams (P53734)
                                                **MCGARRY BAIR PC**
                                                *Attorneys for Plaintiff*
                                                45 Ottawa Ave. SW, Suite 700
                                                Grand Rapids, MI  49503
                                                Tel: (616) 742-3500

G1560524.DOCX

1