IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FLEET ENGINEERS, INC.**<br>  a Michigan Corporation,<br><br>  Plaintiff<br><br>v.<br><br>**MUDGUARD TECHNOLOGIES, LLC**<br>  a Tennessee limited liability company,<br>**TARUN SURTI**<br>  an Individual,<br><br>  Defendants. | Case No. 1:12-CV-1143<br><br>Hon. Paul L. Maloney |

**FINAL PRETRIAL ORDER**

A final pretrial conference was held on the 8th day of Setpember, 2021 at 12:00 p.m.

Appearing for the parties as counsel were:

  For Plaintiff Fleet Engineers, Inc. ("Fleet"): G. Thomas Williams of McGarry Bair PC

  For Defendant Tarun Surti ("Mr. Surti"): Tarun Surti, *pro se*.

1.  **EXHIBITS**

  The following exhibits will be offered by the plaintiff and the defendant:

  A. **PLAINTIFF'S EXHIBIT LIST**

  Plaintiff's exhibit list is set forth below, complete with Defendant's objections and Plaintiff's response to Defendant's objections:

| Stipulated | Exhibit # | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|
| | 1 | U.S. Patent No. 8,146,949 | | |
| | 2 | '949 Patent File History (MUDGUARD000001-000131) | | |
| | 3 | U.S. Patent No. RE44,755 | | |
| | 4 | Distributor Agreement (FLEET000022-28) | | |
| | 5 | May 8, 2012 Surti Email (FLEET000885) | | |
| | 6 | May 8, 2012 Hill Email (MUDGUARD000252-253) | | |
| | 7 | May 9, 2012 Surti Email (FLEET000886-888) | | |
| | 8 | June 28, 2012 Wright Letter (FLEET000029-30) | | |
| | 9 | June 29, 2012, McGarry Letter (FLEET000031) | | |
| | 10 | July 23, 2013 Wright Email (FLEET000032-40) | | |
| | 11 | July 24, 2012 McGarry Email (FLEET000041) | | |
| | 12 | July 27, 2012 Wright Email (FLEET000042) | | |
| | 13 | September 4, 2012 McGarry Letter (FLEET000046-49) | | |
| | 14 | September 27, 2012 Wright Email (FLEET000050-52) | | |
| | 15 | October 15, 2012 Open Letter of Violation (FLEET000008-9) | | |
| | 16 | Twitter Posts (FLEET000010-14) | | |
| | 17 | LinkedIn (FLEET000015-21) | | |
| | 18 | Fleet Sales Report (FLEET001317) | | |
| | 19 | Fleet Component Packaging Specification | | |

| Stipulated | Exhibit # | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|
| | | (FLEET000954) | | |
| | 20 | Fleet Production Instructions (FLEET000953) | | |
| | 21 | HS Die & Engineering Master Mold Run Set Up (FLEET000955) | | |
| | 22 | HS Die & Engineering In-Process Inspection Sheet (FLEET000956) | | |
| | 23 | Chase Plastics Property Data Sheet (FLEET000958) | | |
| | 24 | PolyOne Product Data Sheet (FLEET000959) | | |
| | 25 | Fleet CO Form – Injection Mold Tooling (FLEET000962) | | |
| | 26 | Invoices for AeroFlap Orders (FLEET000972-981) | | |
| | 27 | Fleet Catalog Pages (FLEET000001-2) | | |
| | 28 | AeroFlap Advertisement (FLEET000003) | | |
| | 29 | AeroFlap Advertisement (FLEET000004-5) | | |
| | 30 | Fleet 02/22/2012 Test Report (FLEET000948-952) | | |
| | 31 | Fleet 02/23/2012 Test Report (FLEET000947) | | |
| | 32 | November 7, 2012 Surti Email (FLEET001019) | | |
| | 33 | December 12, 2013 Hill Email (FLEET001014-1015) | | |
| | 34 | January 4, 2013 Hill Email (FLEET001055) | | |
| | 35 | January 4, 2013 .mov file (FLEET001056) | | |
| | 36 | November 19, 2012 Video (FLEET000968) | | |

| Stipulated | Exhibit # | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|
|  | 37 | November 19, 2012 Video (FLEET000969) |  |  |
|  | 38 | AeroFlap Smoke UofM2 Video (FLEET000970) |  |  |
|  | 39 | VFlap Video (FLEET000971) |  |  |
|  | 40 | AeroFlap Smoke UofM2, November 12, 2012 - https://www.youtube.com/watch?v=jcgL7_oHjjU |  |  |
|  | 41 | Frozen AeroFlap, June 14, 2013 - https://www.youtube.com/watch?v=Kc4Q9ybWwVk |  |  |
|  | 42 | AeroFlap vs the competition at highway speeds with no anti-sail bracket, June 13, 2012 - https://www.youtube.com/watch?v=Nnc5AIlgEKw |  |  |
|  | 43 | AeroFlap at 72mph, April 3, 2012 - https://www.youtube.com/watch?v=eb2sH_VtO2o |  |  |
|  | 44 | January 26, 2013 U of M Wind Tunnel Testing (FLEET001064-1065) |  |  |
|  | 45 | February 12, 2013 AeroFlap Testing Study (FLEET001069-1081) |  |  |
|  | 46 | July 11, 2013 Hill Email (FLEET001009-1013) |  |  |
|  | 47 | August 30, 2013 AeroFlap Results (FLEET001095-1108) |  |  |
|  | 48 | September 5, 2013 Hill Email (FLEET001241-1245) |  |  |
|  | 49 | March 28, 2013 U of M Testing (FLEET001270-1274) |  |  |
|  | 50 | January 20, 2014 Hill Email (FLEET000991) |  |  |
|  | 51 | 2014 Product Testing (FLEET000992) |  |  |

| Stipulated | Exhibit # | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|
| | 52 | AeroFlap Technical Drawings (FLEET001289-1316) | | |
| | 53 | V-Flap Drawing (MUDGUARD000146) | | |
| | 54 | V-Flap Advertising (MUDGUARD000150) | | |
| | 55 | Press Release (MUDGUARD000181) | | |
| | 56 | October 2, 2009 Surti Email (MUDGUARD000210-21) | | |
| | 57 | October 23, 2012 V-Flap is a Better Choice (MUDGUARD000233-234) | | |
| | 58 | September 1, 2010 Gerst Email (FLEET000053-55) | | |
| | 59 | April 20, 2010 Surti Email (FLEET000142) | | |
| | 60 | April 20, 2010 Surti Email (FLEET000143-144) | | |
| | 61 | April 20, 2010 Surti Email (FLEET000148-151) | | |
| | 62 | April 21, 2010 Hill Email (FLEET000044) | | |
| | 63 | April 21, 2010 Surti Email (FLEET000152-157) | | |
| | 64 | April 22, 2010 Suti Email (FLEET000158) | | |
| | 65 | May 27, 2010 Surti Email (FLEET000175-180) | | |
| | 66 | June 4, 2010 Surti Email (FLEET000188-195) | | |
| | 67 | June 4, 2010 Surti Email (FLEET000196-204) | | |
| | 68 | June 4, 2010 Surti Email (FLEET000205-214) | | |
| | 69 | June 10, 2010 Surti Email (FLEET000232-240) | | |
| | 70 | July 2, 2010 Surti Email (FLEET000729) | | |

| Stipulated | Exhibit # | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|
| | 71 | July 6, 2010 Surti Email (FLEET000730) | | |
| | 72 | July 6, 2010 Surti Email (FLEET000731-732) | | |
| | 73 | July 8, 2010 Surti Email (FLEET000736-739) | | |
| | 74 | July 16, 2010 Surti Email (FLEET000745-747) | | |
| | 75 | July 16, 2010 Surti Email (FLEET000751-754) | | |
| | 76 | July 21, 2010 Surti Email (FLEET000759-763) | | |
| | 77 | July 21, 2010 Surti Email (FLEET000766) | | |
| | 78 | July 22, 2010 Surti Email (FLEET000769-771) | | |
| | 79 | July 30, 2010 Surti Email (FLEET000784) | | |
| | 80 | August 10, 2010 Gerst Email with Attachments (FLEET000786, Dep. Ex. 12) | | |
| | 81 | August 13, 2010 Surti email (FLEET000790) | | |
| | 82 | August 13, 2010 Surti Email (FLEET000791-792) | | |
| | 83 | August 14, 2010 Surti Email (FLEET000793-795) | | |
| | 84 | August 19, 2010 Surti Email (FLEET000802) | | |
| | 85 | August 27, 2010 Surti Email (FLEET000090) | | |
| | 86 | September 1, 2010 Gerst Email (FLEET000900-905, Dep. Ex. 14) | | |
| | 87 | September 1, 2010 Gerst Email (FLEET000905-918, Dep. Ex. 15) | | |
| | 88 | September 7, 2010 Gerst Email with Attachments (FLEET000806) | | |

| Stipulated | Exhibit # | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|
| | 89 | September 7, 2010 Surti Email (FLEET000807-808) | | |
| | 90 | September 8, 2010 Surti Email (FLEET000811-813) | | |
| | 91 | September 14, 2010 Surti Email (FLEET00059-62, Dep. Ex. 19) | | |
| | 92 | September 14, 2010 Surti Email (FLEET0000817-818, Dep. Ex. 18) | | |
| | 93 | September 16, 2010 Surti Email (FLEET000821-823) | | |
| | 94 | September 17, 2010 Surti Email (FLEET000824-827, Dep. Ex. 21) | | |
| | 95 | September 22, 2010 Surti Email (FLEET000829-831, Dep. 22) | | |
| | 96 | September 23, 2010 Surti Email (FLEET000832-837, Dep. Ex. 23) | | |
| | 97 | September 24, 2010 Surti Email (FLEET000838-844) | | |
| | 98 | September 27, 2010 Surti Email (FLEET000845-853, Dep. Ex. 24) | | |
| | 99 | September 30, 2010 Surti Email (FLEET000860-864) | | |
| | 100 | September 30, 2010 Surti Email (FLEET000865-871) | | |
| | 101 | October 11, 2010 Surti Email (FLEET000872-873) | | |
| | 102 | October 12, 2010 Surti Email (FLEET000877-879) | | |
| | 103 | Fleet Smart Flap Advertising (FLEET000006-7) | | |
| | 104 | November 28, 2010 Suti Email (FLEET000884) | | |
| | 105 | 24 x 24 AeroFlap | | |
| | 106 | 24 x 30 AeroFlap | | |
| | 107 | 24 x 36 Aerofalp | | |

B. **DEFENDANT'S EXHIBIT LIST**

Defendant's exhibit list is set forth below, complete with Plaintiff's objections and Defendant's response to Plaintiff's objections:

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
| | A | FLEET000148 | Walter Hill Email | | |
| | B | FLEET000149 | Surti Email | | |
| | C | FLEET000153 | Walter Hill Email | | |
| | D | FLEEET000152 | Surti Email | | |
| | E | FLEET000160 & MUDGUARD000132-133 | Surti Email | | |
| | F | FLEET000194 | Surti Email | | |
| | G | FLEET000167-168 | Walter Hill Email | | |
| | H | FLEET000185 | Walter Hill Email | | |
| | I | FLEET000171 | Walter Hill Email | | |
| | J | FLEET000197 | Walter Hill Email | | |
| | K | FLEET000232-233 | Walter Hill Email | | |
| | L | FLEET000729 | Walter Hill Email | | |
| | M | FLEET000764-765 | Surti Email | | |
| | N | FLETT000768 | Walter Hill Email | | |
| | O | FLEET000772 | Surti Email | | |

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
|  | P | FLEET000779 | Surti Email |  |  |
|  | Q | FLEET000778 | Surti Email |  |  |
|  | R | FLEET 000892 & MUDGAUARD 000146-147 | Ray Steinhaur Email |  |  |
|  | S | FLEET000857 | Surti Email |  |  |
|  | T | FLEET000069-70 | Joe Papparella Email |  |  |
|  | U | FLEET000946 | Joe Papparella Report Email |  |  |
|  | V | FLEET000111 | Walter Hill Email |  |  |
|  | W | FLEET000110 | Surti Email |  |  |
|  | X | FLEET000113 | Surti Email |  |  |
|  | Y | FLEET000132 | Surti Email |  |  |
|  | Z | FLEET000872-874 | Surti Email |  |  |
|  | AA | FLEET000877-880 | Surti Email |  |  |
|  | AB | FLEET000096-97 | Gary Roberts Email |  |  |
|  | AC | FLEET000090 | Surti Email |  |  |
|  | AD | FLEET000053 | Tom Gerst Email |  |  |
|  | AE | SEE ATTACHED | Surti FILE PHOTO | FRE 901, 402; FRCP 37 |  |
|  | AF | FLEET000885 | Surti Email |  |  |
|  | AG | FLEET000886-887 | Walter Hill Email |  |  |
|  | AH | FLEET000886 | Surti Email |  |  |

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
|  | AI | ECF NO. 1 PAGEID 35-64 | Communication between Counsels |  |  |
|  | AJ | FLEET000962 | Fleet Purchase Order for Mold |  |  |
|  | AK | FLEET001308 & 1309 | 033-08002 & 033-08004 Part Drawing |  |  |
|  | AL | FLEET001307 | 033-08001 Part Drawing |  |  |
|  | AM | FLEET000953-957 | Injection Molder Report |  |  |
|  | AN | FLEET000947-952 | Thomas Gerst Report |  |  |
|  | AO | ECF NO. 1 | Complaint | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | AP | ECF NO. 28 | Markman Brief by Plaintiff | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | AQ | ECF NO. 60 | Claim Construction Opinion | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | AR | ECF NO. 115 | Surti file 2nd Amendments Counterclaims | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | AS | FLEET001316 | Fleet part drawing prepared by Mr. Anderson | FRE 401, 402 – irrelevant; FRE 403 – confusion of |  |

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
| | | | | issues; misleading | |
| | AT | 9,004,538 HISTORY | Fleet filed for patent protection | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | AU | 9,004,538 | Fleet receives patent | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | AV | ECF NO. 169 | Affidavit of Wesley Eklund | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | AW | ECF NO. 191 | Surti Motion for Summary Judgement | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | AX | ECF No. 236 | Opinion & Order by this Court | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | AY | ECF – MISSING NO. | Surti Appeal to Federal Circuit Court | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | AZ | ECF NO. 278 | Opinion of Federal Court | FRE 401, 402 – irrelevant; FRE 403 – | |

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
|  |  |  |  | confusion of issues; misleading |  |
|  | BA | ECF NO. 288 | Surti 1st motion | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | BB | ECF NO. 293 | Motion denied | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | BC | ECF NO. 299 | Order clarifying patent claims in dispute | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | BD | ECF NO. 300 | Surti 2nd motion | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | BE | ECF NO. 306 | Status request by Surti | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | BF | ECF NO. 309 | Status request by Surti | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading |  |
|  | BG | ECF NO. 315 | Surti motion denied by this Court | FRE 401, 402 – irrelevant; |  |

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
| | | | | FRE 403 – confusion of issues; misleading | |
| | BH | ECF NO. 323 | Motion to leave by Surti | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | BI | ECF NO. 328 | Order denying the Motion | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | BJ | AEROFLAP | Muflap samples | | |
| | BK | VFLAP | Mudflap samples | | |
| | BL | ECOFLAP | Mudflap samples | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading; FRCP 37 – late disclosure, reliance not disclosed | |
| | BM | FLEET000963-967 | Indemnity Agreement with GreatDane - Surti Customer | | |
| | BN | SEE ATTACHED | Proof of GreatDane as Surti Customer | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |

| Stipulated | Exhibit # | ECF No Or Document No. | Document Description | Objections | Proponent's Response to Objections |
|---|---|---|---|---|---|
| | BO | INFORMATION ON WEB | Fleet is accused of patent violation by Oroville Firm | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading; FRCP 37 – late disclosure, reliance not disclosed | |
| | BP | Expert testimony and Rebuttal-Fleet | Philip W. Kline | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | BQ | Expert testimony and Rebuttal-Fleet | Thomas N. Young | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |
| | BR | Water Spray Bottle | To prove water is blocked by AeroFlap | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading; FRCP 37 – late disclosure, reliance not disclosed | |
| | BS | All ECFs | As needed | FRE 401, 402 – irrelevant; FRE 403 – confusion of issues; misleading | |

2. **UNCONTROVERTED FACTS**

The parties have agreed that the following may be accepted as established facts:

1. U.S. Patent No. 8,146,949 ("the '949 Patent") was filed for on September 2, 2009, and issued by the U.S. Patent & Trademark Office on April 3, 2012.

2. Tarun N. Surti is the sole inventor on the '949 Patent.

3. The '949 Patent was reissued as U.S. Patent No. RE44,755 ("the '755 Patent").

4. The '755 Patent was filed for on March 18, 2013, and issued by the U.S. Patent & Trademark Office on February 11, 2014.

5. The '755 Patent has replaced the '949 Patent.

6. This Court entered summary judgment in favor of Mr. Surti and Fleet's claim that the '755 Patent was invalid was dismissed. ECF 236

7. Fleet did not appeal this Court's summary judgment finding that the '755 Patent is valid.

8. The '755 Patent lapsed on April 4, 2016, for failure to pay the first maintenance fee.

9. A Petition to Accept Unintentionally Delayed Payment of Maintenance Fee in an Expired Patent was filed and the '755 Patent was reinstated on May 17, 2018.

10. Fleet introduced its AeroFlap product at a trade show in February 2012.

11. Fleet received U.S. Patent No. 9,004,538 on April 14, 2015, for its AeroFlap brand mud flap. The Provisional patent application no. 61/655,693 was filed on June, 5, 2012, three months after Surti received his '949 Patent.

12. As construed by this Court in its Summary Judgment Opinion, "A vane must protrude or rise from the rear wall of the mud flap." ECF No. 236, PageID.2834.

13. "Vertically extending" has been construed by this Court in its Markman Opinion to mean "perpendicular or at a 90-degree angle to the road surface." ECF No. 60, PageID.395.

14. The '755 Patent does not require the vanes and channels to run the length of the mud flap without interruption. ECF No. 60, PageID.396.

15. The '755 Patent does not require the slotted openings to be of a size that stops all water and debris from flowing through them. ECF No. 60, PageID.398-999.

**3. CONTROVERTED FACTS AND UNRESOLVED ISSUES**

The factual issues remaining to be determined and issues of law for the Court's determination are:

1. Whether each model of the Fleet AeroFlap product comes within the valid scope of one or more of the asserted claims 1, 2, 5, 8, 9, or 13 of the '755 Patent, including whether the AeroFlap product contains "vanes" and/or "vertically extending" channels and slotted openings as defined by the Court.

2. If Fleet is found liable for patent infringement, whether such infringement was willful.

3. If Fleet is found liable for patent infringement, what is a reasonable royalty for the RE '755 Patent.

**4. WITNESSES**

**Non-Expert Witnesses** to be called by the plaintiff and defendant, except those who may be called for impeachment purposes only, are:

**For Plaintiff:**

| Witness Name | Contact Information | Type of Testimony | Will Call / May Call | Objections |
|---|---|---|---|---|
| Wesley K. Eklund | May be contacted through Fleet's counsel | In person | Will Call | |

**For Defendant:**

| Witness Name | Contact Information | Type of Testimony | Will Call / May Call | Objections |
|---|---|---|---|---|
| Tarun Surti | 5928 Westheimer Dr. Brentwood, TN 37027 | In person | Will Call | |
| S. Anderson – Maker of FLEET001316 drawing | | In Person | Will Call | FRCP 26; Mr. Anderson was not disclosed as a potential witness during discovery. Mr. Anderson's testimony in this matter is irrelevant. |

**Expert Witnesses** to be called by the plaintiff and defendant, except those who may be called for impeachment purposes only, are:

**For Plaintiff:**

| Expert Witness Name | How Testifying | Objections |
|---|---|---|
| Philip W. Kline | In Person | |
| Thomas N. Young | In Person | |

Mr. Kline is a managing director at Ankura, a firm that provides subject matter experts and seasoned advisors, including services related to intellectual property expert testimony and damages testimony. Prior to joining Ankura, Mr. Kline was a Managing Director at 284 Partners, LLC ("284 Partners") – a professional services firm focused on intellectual property ("IP")

valuation, litigation consulting, IP strategy, and IP transactional services.  Mr. Kline has ___ years of experience related to the assessment of commercial damages in matters involving intellectual property.  Mr. Kline intends to provide testimony regarding the damages owed to Mr. Surti by Fleet in this case if liability is found.

Mr. Young is of counsel at Young Basile Hanlon & MacFarlane P.C., an intellectual property law firm. Mr. Young has over 50 years' experience in private practice in all aspects of intellectual property law. Mr. Young intends to provide testimony regarding the lack of infringement by Fleet of the '755 Patent and factual testimony surrounding the disclosures of prior art cited against the '755 Patent, and the prosecution history of the '755 Patent.  With respect to his testimony, Mr. Young may refer to both the '755 Patent and the surrendered '949 Patent.

**For Defendants:**

| Expert Witness Name | How Testifying | Objections |
|---|---|---|
| None | N/A | N/A |

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear in the lists required by subsections (a) and (b) will be permitted to testify for any purpose, except impeachment, if the opposing party objects. Any objection to the use of a deposition under Fed. R. Civ. P. 32(a) not reflected in the Pretrial Order shall be deemed waived, except for good cause shown.

**5.    DEPOSITIONS AND OTHER DISCOVERY DOCUMENTS**

All depositions, answers to written interrogatories, and requests for admissions, or portions thereof, that are expected to be offered in evidence by the plaintiff and the defendant are:

None.

**6.    LENGTH OF TRIAL**

Counsel estimate the trial will last approximately 3 full days, allocated as follows: 1 day for plaintiff's case and 1 day for defendant's case, allowing for some time to select the jury and for opening statements and closing arguments.

**7.    PROSPECTS OF SETTLEMENT**

The status of settlement negotiations is:

The parties attended a Settlement Conference with Magistrate Judge Green on August 19, 2021.  ECF No. 335.  The outcome of that conference was that no settlement agreement was reached.  *Id.*  No additional settlement negotiations have taken place since that date.

**IT IS SO ORDERED**.

Date:  September 10, 2021                                          /s/  Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge