UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| FLEET ENGINEERS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:12-cv-1143 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| TARUN SURTI | ) | |
| and MUDGUARD TECHNOLOGIES, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING IN PART FLEET ENGINEERS' RULE 50 MOTION

During the trial and at the close of Mr. Surti's proofs, Fleet Engineers made a motion for judgment at a matter of law under Rule 50. Ruling from the bench, the Court granted the motion in part and took portions of the motion under advisement.

For the reasons explained from the bench, the Court **GRANTS IN PART** Fleet Engineers' motion and will dismiss any claim by Mr. Surti for patent infringement based on a theory of inducement and will dismiss any claim by Mr. Surti for patent infringement based on a theory of contributory infringement. On the record at trial, no evidence supports either theory of liability. The Court has taken under advisement Fleet Engineers' motion as it concerns the means for calculating damages.

**IT IS SO ORDERED.**

Date:  October 6, 2021           /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge