IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FLEET ENGINEERS, INC.**<br>a Michigan Corporation,<br><br>Plaintiff<br><br>v.<br><br>**MUDGUARD TECHNOLOGIES, LLC**<br>a Tennessee limited liability company,<br>**TARUN SURTI**<br>an Individual,<br><br>Defendants. | Case No. 1:12-CV-1143<br><br>Hon. Paul L. Maloney |

## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

## ACCUSED PRODUCTS   No

| Group A | Group B |
|---|---|
| *representative image* | *representative image* |
| Part Nos. | Part Nos. |
| 033-08002 | 033-08000 |
| 033-08003 | 033-08001 |
| 033-08004 | 033-08007 |
| 033-08005 | 033-08015 |
| 033-08006 | 033-08018 |
| 033-08008 | 033-08019 |
| 033-08009 | 033-08020 |
| 033-08010 | 033-08023 |
| 033-08011 | 033-08036 |
| 033-08012 | 033-08050 |
| 033-08013 | 033-08051 |
| 033-08014 | 033-08052 |
| 033-08016 | 033-08053 |
| 033-08017 | 033-08054 |
| 033-08021 | 033-08055 |
| 033-08022 | 033-08056 |
| 033-08024 | 033-08057 |
| 033-08025 | 033-08068 |
| 033-08028 | 033-08071 |
| 033-08035 | 033-08078 |
| 033-08038 | 033-08080 |
| 033-08040 | 033-08083 |
| 033-08060 | |
| 033-08072 | |
| 033-08084 | |
| 033-08085 | |
| 033-08087 | |

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

**QUESTION NO. 1. - Direct Infringement**

For each of the following product groups, has Mr. Surti proven by a preponderance of the evidence that each and every claim element of claims 1, 2, 5, 8, 9, and/or 13 of the '755 Patent is included, literally or under the doctrine of equivalents, in the accused product, and that Fleet Engineers made, used, offered to sell, or sold the accused product?

Please answer by marking in each cell "yes" (a finding for Mr. Surti) or "no" (a finding for Fleet Engineers).

|  | Claim 1 | Claim 2 | Claim 5 | Claim 8 | Claim 9 | Claim 13 |
|---|---|---|---|---|---|---|
| Group A | Yes | Yes | Yes | Yes | Yes | Yes |
| Group B | No | No | No | No | No | No |

If you answered "yes" to any part of Question 1, continue to Question 2.

If you answered "no" to every part of Question 1, your deliberations are complete. Please have the jury foreperson sign, date, and return this form to the clerk.

**QUESTION NO. 2. - Doctrine of Equivalents**

If you found infringement for any product in Question 1 under the doctrine of equivalents, please identify below (i) the accused product group (ii) the claim in question, (iii) the claim limitation that was not found literally in the accused product, and (iv) the "equivalent" element of the accused product: N/A

| Accused Product Group (A or B) | Claim No. | Claim Limitation Not Found in Fleet Engineers Accused Product | "Equivalent" Element of Accused Product |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**QUESTION NO. 3. - Willful Infringement**

Do you find by clear and convincing evidence that Mr. Surti proven that Fleet Engineers actually knew about, intentionally ignored, or recklessly disregarded that its actions constituted infringement of U.S. Patent No. RE44,755?

Please answer by marking "yes" (a finding for Mr. Surti) or "no" (a finding for Fleet Engineers).

Yes _____        No __X__

**QUESTION NO. 4. - Damages**

If you find any claim of the '755 Patent to be infringed, state the amount of damages, if any, Mr. Surti has proven by a preponderance of the evidence.

    A. Is Mr. Surti entitled to lost profits?   Yes _____   No __X__

If Mr. Surti is entitled to lost profits, what amount is he owed?

$ __N/A__

    B. If Mr. Surti is not entitled to lost profits, you must calculate the amount or royalties to which he is entitled.

$ __Group A__ (gross sales)  x  __4__ %  =  $ _____
Royalty Base    (times)   Royalty Rate        Total Damages

Your deliberations are complete. Please have the jury foreperson sign, date, and return this form to the clerk.

Dated: __10-7-21__

Signature: _[signed]_

Does it have to Be Unanimous?

YES

Judge Maloney
10/6/21
2:01 P.M.

Can we have the Anderson Cad Rendering? 6-30-15

To The Jury,
The Parties and I believe that the referenced Anderson Cad Rendering is the first page of Exhibit A5 or the last page of Exhibit 52. If the exhibit is not in the exhibit book, please advise.

Judge Maloney
2:42 P.M.