**FILED - KZ**
October 7, 2021 1:27 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__mg__ Scanned by mg /10/7/21

## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FLEET ENGINEERS, INC.** a Michigan Corporation, Plaintiff v. **MUDGUARD TECHNOLOGIES, LLC** a Tennessee limited liability company, **TARUN SURTI** an Individual, Defendants. | Case No. 1:12-CV-1143 Hon. Paul L. Maloney |

### DEFENDANT'S MOTIN
### FOR A REQUEST OF
### CEASE AND DESIST
### ORDER

Defendant Surti move this court to issue a "CEASE AND DESIST" order against Fleet Engineers, Inc. The jury has unanimously confirmed that Fleet Engineers Inc. AeroFlap products "Group A" is in violation of Surti Re '755 Patent.

Surti request this Court to issue an immediate "Cease and Desist" order to prevent Fleet Engineers Inc. must stop from Manufacturing, Selling and Using of the infringing products.

Fleet Engineers Inc. must stop immediately from engaging in "direct infringement".

Fleet Engineers Inc. must stop immediately from engaging in "inducing infringement".

Fleet Engineers Inc. must stop immediately from engaging in "contributory engagement of infringement".

                                                       **Respectfully submitted,**

Date:      **October 07, 2021**      By:   *Tarun N. Surti*

                                                          **TARUN N. SURTI**
                                                          **Defendant**
                                                          **5928 Westheimer Drive**
                                                          **Brentwood, TN 37027**
                                                          **Tel: 615-812-6164**
                                                          **email:vflaps@gmail.com**