FILED - KZ
October 8, 2021 1:39 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems Scanned by EMS 10/8

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLEET ENGINEERS, INC.<br><br>a Michigan Corporation,<br><br>Plaintiff<br><br>V.<br><br>MUDGUARD TECHNOLOGIES, LLC<br><br>a Tennessee limited liability Company<br><br>TARUN N. SURTI<br><br>an Individual<br><br>Defendant | Case No. 1:12-CV-1143<br>Hon. Paul L. Maloney |

## MOTION TO ALTER OR AMEND A JUDGMENT

### I. INTRODUCTION

Defendants MOVES THIS Court to Alter or Amend its judgment ECF No. 368 grant of Fleet Rule 50 according to the Rule 59. What this Court and the Plaintiff did is very hard to imagine. Plaintiff had some nerve to make such motion. The entire case is based on direct infringement, induced infringement by asking mold maker to produce mold (FLEET000962) and injection molder to produce molded part (FLEET000955), and contributory infringement by selling infringing product to their customer generating dollars in sales revenue (FLEET000960). This information is submitted by the plaintiff confirming the induced and contributory infringement.

It was wrong for this Court to grant Fleet Engineers motion to dismiss any claim by Mr. Surti for patent infringement based on induced or contributory theory.

I humbly request this Court to Alter or Amend its judgment.

Respectfully submitted,

Date: October 7, 2021

By *Tarun N. Surti*
Tarun N. Surti
Defendant
5928 Westheimer Drive
Brentwood, TN 37027
Tel: 615-812-6164
Email: vflaps@gmail.com