Case 1:12-cv-01143-PLM ECF No. 373, PageID.3943 Filed 10/08/21 Page 1 of 1

FILED - KZ
October 8, 2021 1:39 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems Scanned by EMS 10/8

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLEET ENGINEERS, INC.<br><br>a Michigan Corporation,<br><br>Plaintiff<br><br>V.<br><br>MUDGUARD TECHNOLOGIES, LLC<br><br>a Tennessee limited liability Company<br><br>TARUN N. SURTI<br><br>an Individual<br><br>Defendant | Case No. 1:12-CV-1143<br>Hon. Paul L. Maloney |

## MOTION TO ALLOW SURTI TO FILE AN APPEAL WITH FEDERAL CIRCUIT COURT

### I. INTRODUCTION

Defendants MAKE THIS MOTION for this Court to ALLOW Surti to file an appeal with the Federal Circuit Court if this Court denies his motion (attached) of Rule 59.

Respectfully submitted,

Date: October 7, 2021

By *Tarun N. Surti*
Tarun N. Surti
Defendant
5928 Westheimer Drive
Brentwood, TN 37027
Tel: 615-812-6164
Email: vflaps@gmail.com