UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FLEET ENGINEERS, INC., )<br>      Plaintiff, )<br>            )<br>-v-          )<br>            )<br>MUDGUARD TECHNOLOGIES, LLC and )<br>TARUN SURTI,       )<br>      Defendants. )<br>            ) | No. 1:12-cv1143<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. Following a remand from the Federal Circuit Court of Appeals, the Court held a trial on Tarun Surti's counterclaim for patent infringement against Fleet Engineers. The jury returned a verdict in favor of Tarun Surti on his counterclaim for patent infringement against Fleet Engineers for the line of products identified in the verdict as Group A. (ECF No. 370.) Based on the jury's determination of a reasonable royalty rate and its decision to calculate damages based on the gross sales of Fleet Engineers' Group A products, Mr. Surti is entitled to $228,000.00 in damages from Fleet Engineers. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED**

**IT IS SO ORDERED.**

Date: October 19, 2021             /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge