# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FLEET ENGINEERS, INC.**<br>    a Michigan Corporation,<br><br>    Plaintiff<br><br>v.<br><br>**MUDGUARD TECHNOLOGIES, LLC**<br>    a Tennessee limited liability company,<br>**TARUN SURTI**<br>    an Individual,<br><br>    Defendants. | Case No. 1:12-CV-1143<br><br>Hon. Paul L. Maloney |

# PLAINTIFF FLEET ENGINEERS, INC.'S
# MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL

Pursuant to Fed. R. Civ. P. 50, Plaintiff Fleet Engineers, Inc. moves this Court for judgment as a matter of law and renews its motion for a directed verdict, specifically that the Court enter judgment in favor of Fleet Engineers, Inc. on Mr. Surti's literal infringement claim and hold that U.S. Patent No. RE44,755 is not infringed, or in the alternative, order a new trial. A memorandum of law is submitted contemporaneously herewith.

Respectfully submitted,

Date:    November 16, 2021          By:          *s/ G. Thomas Williams*
G. Thomas Williams (P53734)
**MCGARRY BAIR PC**
45 Ottawa Ave. SW, Suite 700
Grand Rapids, MI 49503
Tel: 616/742-3500
Fax: 616/742-1010
*Counsel for Plaintiff*