UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FLEET ENGINEERS, INC.,  )<br>      Plaintiff,  )<br>          )<br>-v-         )<br>          )<br>TARUN SURTI and    )<br>MUDGUARD TECHNOLOGIES, LLC.,  )<br>      Defendants.  )<br>          ) | No. 1:12-cv-1143<br><br>Honorable Paul L. Maloney |

## ORDER TO RESPOND

Following a jury trial and verdict, this Court entered judgment in this civil action on October 19, 2021. Currently pending are three motions. Defendant and counter-plaintiff Surti filed a motion for a cease-and-desist order (ECF No. 371) and a Rule 59 motion concerning portions of the verdict (ECF No. 398). Those two motions are ripe for resolution. On November 16, 2021, Plaintiff and counter-defendant Fleet Engineers filed a motion for judgment as a matter of law or for a new trial. (ECF No. 398.) To date, Surti has not filed any response.

Having reviewed Plaintiff's motion, the Court concludes it needs a response before resolving Fleet's pending motion. Therefore, Surti **SHALL FILE A RESPONSE** to Fleet's pending motion no later than Thursday, May 12, 2022. Fleet may file a reply no later than 14 days after Surti's response is filed on the Court's electronic docket. **IT IS SO ORDERED.**

Date: April 13, 2022           /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge